IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs.                      4:08CR00416-01-BRW

EDDIE MARBRAY

## ORDER

Pending is the Motion for Summons (Doc. No. 45) in the above styled matter. The Motion is GRANTED and the Clerk's office is directed to prepare and issue a summons for the defendant, EDDIE MARBRAY. A revocation hearing is set for Thursday, August 2, 2012, at 11:00 a.m. in courtroom A401.

Mr. Christophe A. Tarver of the Federal Public Defender's Office is appointed to represent the defendant in this matter.

IT IS SO ORDERED this 14th day of June, 2012.


                                         /s/Billy Roy Wilson
                               UNITED STATES DISTRICT JUDGE

ordsumms.wpd